IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CYNTHIA L. ROPER          )
                          )
   Plaintiff - Appellant, )
                          )   CASE NO. 6:22-cv-34
V.                        )
                          )
DONNA MARIE BLITCH,       )
                          )
   Defendants - Appellees.)

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this 24th day of APRIL, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA